

IN THE CIRCUIT COURT, EIGHTEENTH
JUDICIAL CIRCUIT, IN AND FOR
BREVARD COUNTY, FLORIDA

CASE NO.: 05-2013-CA-025058
DIVISION:

BARBARA A. MULVEY and
WILLIAM J. MULVEY, husband and wife,

    Plaintiffs,

vs.

SLATER & DIEHL EQUIPMENT
TRANSPORT, INC., a foreign profit corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiffs, BARBARA A. MULVEY and WILLIAM J. MULVEY, by and through the undersigned counsel, sue Defendant, SLATER & DIEHL EQUIPMENT TRANSPORT, INC., and allege:

1. This is an action for damages that exceed $15,000.00.

2. At all times material hereto, Plaintiffs, BARBARA A. MULVEY and WILLIAM J. MULVEY, were and are residents of Flagler County, Florida.

3. At all material times hereto, Defendant, SLATER & DIEHL EQUIPMENT TRANSPORT, INC., was and is a foreign profit corporation authorized to do business in the State of Florida.

4. On or about December 5, 2011, Defendant, SLATER & DIEHL EQUIPMENT TRANSPORT, INC., owned a motor vehicle that was operated with its consent by Gerald R. Diehl on I-95 in Brevard County, Florida.

5. At that time and place, Gerald Diehl, while in the course and scope of his employment with Defendant, SLATER & DIEHL EQUIPMENT TRANSPORT, INC., negligently

1



operated or maintained Defendant's motor vehicle so that it collided with a vehicle being driven by Plaintiff, BARBARA A. MULVEY.

6. At all times material hereto, Gerald Diehl had a duty to use reasonable care in the operation of the Defendant, SLATER & DIEHL EQUIPMENT TRANSPORT, INC.'s motor vehicle.

7. Gerald Diehl negligently breached that duty when he collided with Plaintiff, BARBARA A. MULVEY's motor vehicle.

8. As a direct result, Plaintiff, BARBARA A. MULVEY, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff, BARBARA A. MULVEY'S automobile was also damaged and she lost the use of it during the period required for its repair or replacement.

## COUNT I – BARBARA A. MULVEY'S CLAIM FOR VICARIOUS LIABILITY

Plaintiffs re-allege and incorporate paragraphs 1 – 8 above, and further allege:

9. At the time of the subject accident, Gerald Diehl negligently operated the Defendant, SLATER & DIEHL EQUIPMENT TRANSPORT, INC.'s motor vehicle while in the course and scope of his employment and agency with Defendant, thereby causing injuries and damages to Plaintiffs.

10. Moreover, at the time of the accident, Defendant, SLATER & DIEHL EQUIPMENT TRANSPORT, INC., owned the motor vehicle it voluntarily entrusted to Gerald Diehl, whose negligent operation thereof caused injuries and damages to Plaintiffs.

11. As a result of the foregoing, Defendant, SLATER & DIEHL EQUIPMENT TRANSPORT, INC. is vicariously liable for the injuries and damages suffered by Plaintiffs as a

2

matter of law.

WHEREFORE, Plaintiff, BARBARA A. MULVEY, demands judgment for damages and costs against Defendant, SLATER & DIEHL EQUIPMENT TRANSPORT, INC.

### COUNT II – WILLIAM J. MULVEY'S CLAIM FOR LOSS OF CONSORTIUM

Plaintiffs re-allege and incorporate paragraphs 1 – 11 above, and further allege:

12. At all times material hereto, Plaintiffs, BARBARA A. MULVEY and WILLIAM J. MULVEY, were married to each another.

13. As a direct result of the foregoing, Plaintiff, WILLIAM J. MULVEY, lost the care, companionship, society, comfort and services of his wife, BARBARA A. MULVEY, in the past, presently and will so in the future.

WHEREFORE, Plaintiff, WILLIAM J. MULVEY, demands judgment for damages and costs against Defendant, SLATER & DIEHL EQUIPMENT TRANSPORT, INC.

### DEMAND FOR JURY TRIAL

Plaintiffs, BARBARA A. MULVEY and WILLIAM J. MULVEY, demand a trial by jury.

RESPECTFULLY SUBMITTED this 23 day of July 2013.

the mcleod firm

ROBERT L. McLEOD, II
Florida Bar No.: 369632
SETH B. DEMPSEY
Florida Bar No.: 0015191
1200 Plantation Island Drive S., Suite 140
St. Augustine, Florida 32080
(904) 471-5007 (Phone)
(904) 461-5059 (Facsimile)
service@themcleodfirm.com (Primary)
sdempsey@themcleodfirm.com (Secondary)
*Attorneys for Plaintiffs*

3